| | |
|---|---|
| 1 | PHILLIP R. KAPLAN (S.B. #76949) |
| | DAVID R. KOCH (S.B. #211609) |
| 2 | O'MELVENY & MYERS LLP |
| | 610 Newport Center Drive, 17th Floor |
| 3 | Newport Beach, California 92660 |
| | Telephone: (949) 760-9600 |
| 4 | Facsimile: (949) 823-6994 |

Attorneys for Defendant, Robertson Stephens, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN LEFORT, Derivatively on Behalf OPENWAVE SYSTEMS, INC., | CASE NO. C 02 2465 VRW |
| Plaintiff, | |
| v. | **NOTICE OF JOINDER OF DEFENDANT ROBERTSON STEPHENS, INC. IN CREDIT SUISSE FIRST BOSTON CORPORATION'S REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED SHAREHOLDER DERIVATIVE COMPLAINT** |
| ALAN BLACK, ROGER EVANS, ANDREW VERHALEN, ALAIN ROSSMANN, CHARLES PARRISH, DAVID KRONFELD, REED HUNDT, CREDIT SUISSE FIRST BOSTON CORPORATION, ROBERTSON STEPHENS, INC. f/k/a BANCBOSTON ROBERTSON STEPHENS, INC., and DOES 1-25, inclusive, | |
| Defendants, | Date: March 27, 2003 |
| -and- | Time: 2:00 p.m. |
| | Judge: The Honorable Vaughan R. Walker |
| OPENWAVE SYSTEMS, INC., a Delaware corporation, | |
| Nominal Defendant. | |

NB1:591208.1

**ROBERTSON STEPHENS' NOTICE OF JOINDER IN REPLY RE MOTION TO DISMISS**
**CASE NO. C 02 2465 VRW**

**TO ALL COUNSEL AND THEIR PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Robertson Stephens, Inc. hereby joins in Defendant Credit Suisse First Boston's Reply Memorandum of Points and Authorities in Support of Motion to Dismiss Plaintiff's First Amended Shareholder Derivative Complaint scheduled to be heard on March 27, 2003 at 2:00 p.m. at the United States District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102, Courtroom 6, 17th Floor, before the Honorable Vaughn R. Walker.

Dated: March 17, 2003

        PHILLIP R. KAPLAN
        DAVID R. KOCH
        O'MELVENY & MYERS LLP


        By  /s/ David R. Koch
            DAVID R. KOCH
        Attorneys for Defendant Robertson Stephens, Inc.

NB1:591208.1

**ROBERTSON STEPHENS' NOTICE OF JOINDER IN REPLY RE MOTION TO DISMISS**
**CASE NO. C 02 2465 VRW**